IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
    v.                        CRIMINAL NO. 11-633
PHILLIP ERIC WEEMS

## ORDER

And now this _____ day of _____ 2012, upon consideration of Defendant Phillip Eric Weems request for a bail, it is hereby ORDERED that the foregoing Mtion For Bail is GRANTED.

By The Court:

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
           v.                          CRIMINAL NO. 11-633
PHILLIP ERIC WEEMS

## MOTION FOR BAIL

To The Honorable Judge Juan R. Sanchez:

And now comes, Defendant Phillip Eric Weems who respectfully moves this Honorable Court for a bail pursuant to his right under the 8th Amendment to the United States Constitution and represents:

1. That, Defendant is 35 yrs. of age and has lived within the city of Philadelphia most of his life and also co-owns a house located at: 2700 Lardner Street, Philadelphia, PA 19149; and

2. That, Defendant is not a flight risk and has demonstrated his willingness to cooperate with federal authorities through his voluntary surrender of 2 firearms and also surrendering to authorities when requested to do so.

Wherefore, Defendant respectfully request this Honorable Court to grant his Motion For Bail.

Respectfully Submitted:

Dated: 11/5/12

_____
Phillip Eric Weems, #67841-066
FDC - Philadelphia
P.O. Box 562
Philadelphia, PA 19105

## CERTIFICATE OF SERVICE

I, Phillip Eric Weems hereby certify under the penalties of perjury that a copy of the foregoing Mtion For Bail has been served via United States First Class Mail upon the parties listed below:

Adrienne Mann
Deputy Clerk to Judge Sanchez
601 Market Street
Philadelphia, PA 19106

Ashley Lunkenheimer, AUSA
United States Attorney's Office
615 Chestnut Street
Philadelphia, PA 19106

Edward C. Meehan, Jr.
Attorney at Law
211 N. 13th Street
Suite 701
Philadelphia, PA 19107

Respectfully Submitted:

Dated: 11/5/12

Phillip Eric Weems, #67841-066
FDC - Philadelphia
P.O. Box 562
Philadelphia, PA 19105