In The United States District Court
For The Eastern District Of Pennsylvania

United States Of America

v.                                    Criminal No. 11-633

Phillip Eric Weems

## Order

And now this ___ day of ___ 2013, upon consideration of Defendants' Motion To Dismiss, it is hereby Ordered that said Motion is Granted.

By The Court.

_____ J.

In The United States District Court
For The Eastern District Of Pennsylvania

United States Of America.
    v.                          Criminal No. 11-633
Phillip Eric Weems

## Motion To Dismiss

To The Honorable Judge Juan R. Sanchez:

    And now comes Defendant Phillip Eric Weems who moves this Court pursuant to Fed. R. Crim. P. 12(b)(3)(B) to dismiss Count 2 of the Information with prejudice for lack of the required interstate jurisdictional element that makes the offense a federal crime under 18 USC § 513(a) and represents:

    1. That the counterfeit checks mentioned in Count 2 of the Information were securities of nonexistent shell companies that were not operating in or affecting interstate or foreign commerce therefore the United States Of America has

failed to state a federal crime under 18 USC § 513(a) because the fictitious entities mentioned in Count 2 of the Information were not Organizations that fall within the scope of the meaning under 18 USC § 513(c)(4)

    Wherefore, Defendant respectfully requests this Court to dismiss Count 2 of the Information with prejudice.

Date: 7/17/13

Respectfully Submitted,
*Phillip Weems*
Phillip Weems, Reg. #67841-066
Federal Detention Center - Phila
P.O. Box 562
Philadelphia, PA 19105

Certificate Of Service

I, Phillip Eric Weems hereby certify under the penalties of perjury that a copy of the foregoing Motion To Dismiss has been served via US 1st Class Mail upon the parties listed below:

Clerk Of Court
601 Market Street
Philadelphia, PA 19106

Ashley Lunkenheimer, AUSA
United States Attorney's Office
615 Chestnut Street, Suite #1250
Philadelphia, PA 19106

Edward C. Meehan, Jr.
Attorney at Law
211 N. 13th Street, Suite #701
Philadelphia, PA 19107

Respectfully Submitted,

Date: 7/17/13    *Phillip Weems*
Phillip Weems, Reg. # 67841-066